UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Damon Todd Carey

      v.                                                            Case No. 25-cv-187-JL-TSM

FCI Berlin, Warden

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated July 17, 2025.

_____
Joseph N. Laplante
United States District Judge

Date: August 5, 2025

cc:  Damon Todd Carey, pro se